UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-60028-civ-DIMITROULEAS

THE ATTORNEY LAW GROUP, INC.,
a Florida corporation,

    Plaintiff,

vs.

DANIEL J. NEWLIN, P.A., d/b/a The
Law Office of Dan Newlin, a Florida
corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW,** the Plaintiff, THE ATTORNEY LAW GROUP, INC., by and through the undersigned counsel and hereby files this Notice of Voluntary Dismissal without prejudice, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Courts and served to counsel of record by using the online CM/ECF system this 13th day of February, 2018.

                  Respectfully submitted,

                  Barry G. Roderman & Associates, P.A.
                  *Attorneys for the Plaintiff*
                  633 SE 3rd Avenue, Suite 4R
                  Fort Lauderdale, FL 33301-3151
                  Tel.: (954) 761-8810
                  Fax: (888) 246-9753
                  Service: mail@barryroderman.com
                  Service 2: bgr@barryroderman.com

                  By: /s/ Barry G. Roderman
                  Barry G. Roderman, Esquire
                  (Fla. Bar No.: 105637)